June 21, 2001   COPY (4)

United States District Court
Middle District Of Pennsylvania
P.O. Box 1148
Scranton, Pa 18501

**FILED
SCRANTON
JUN 18 2001
PER _____ DEPUTY CLERK**

Re: 1:01-cv-01026   Smith -v USA
    Judge: Sylvia H. Rambo / Smysec,

Dear Court Clerk:

   Please be advised, I'm requesting the U.S. District Court Clerk to serve the defendants in the above cited case via certified mail on behalf of the Plaintiff.

   Plaintiff is unable to pay the United States Marshal Service cost of serving the defendants in the above case. Therefore, requests the court clerk to serve the following defendants:

   1) U.S. Attorney General for the (B.O.P.)

   2) U.S. Attorney Middle District of Pennsylvania
      for the defendant United States of America

   3) Ms Kathleen M. Hawk Director B.O.P.

   The above defendant's are required to receive a copy of the Plaintiff's complaint by way of via certified mail. I the plaintiff will file a motion to further proceed In Forma Pauperis within the next 12 days wherein, I'm also filing a Complaint under Civil Rights Act, 42 U.S.C. §1983.

   Therefore, I would greatly appreciated if the clerk would forwarded the copies of the complaint, due to my not being able to pay the cost which is required due to my present incarceration. I will forward to this office U.S. Postal Service Mailing Stamps for postage upon your request after recieving approval. Thank you.

Yours truely,
Jerome Smith
Jerome Smith #19145-018
Allenwood Federal Prison Camp
Dorm C
P.O. Box 1000
Montgomery, Pa 17752