*see all*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME SMITH, | : | |
| Plaintiff | : | Civil No. 1:CV-01-1026 |
| | : | |
| v. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Smyser) |
| Defendants | : | |

## O R D E R

**NOW**, this _22ND_ day of _August_, 2001, upon consideration of defendant's motion for enlargement of time, **IT IS HEREBY ORDERED** that the motion is granted. Defendant shall submit its responsive pleading on or before August 28, 2001.

_____
J. ANDREW SMYSER
United States Magistrate Judge

FILED
HARRISBURG, PA
AUG 2 2 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 22, 2001

Re:  1:01-cv-01026    Smith v. USA

True and correct copies of the attached were mailed by the clerk to the following:

```
Jerome Smith
FPC-ALLEN
Federal Prison Camp at Allenwood
19145-018
P.O. Box 1000
Montgomery, PA  17752

Mark E. Morrison, Esq.
Office of the United States Attorney
P.O. Box 11754
Harrisburg, PA  17108-1754
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen ( )    PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE: _8/22/01_      BY: _[signature]_
                                                                      Deputy Clerk