JUDGE'S COPY

OCTOBER 30, 2001

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

RE: JEROME SMITH v. BOP,
    Civil Case No. 01-cv-01026

FILED
HARRISBURG, PA
NOV 02 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk:

    This letter is regarding the above entitled matter wherein I am the plaintiff. I'm writing this letter requesting the Court to check its records for overpayment of filing fees.

    Enclosed, am sending a letter dated July 16, 2001, from the Federal Bureau of Prisons - Consolidated Legal Center at Allenwood Prison, White Deer, Pennsylvania. This letter indicated that I was responsible for forwarding $105.00 filing fee to the United States District Court for the Middle District of Pennsylvania, to initiate a Bivens Action against the **defendant** Federal Bureau of Prisons. See (Attached Letter).

    Therefore, the prison has forwarded $150.00 dollars instead of sending $105.00 with an overpayment of $30.00. Please check your records and refund plaintiff in the amount of $30.00 if this information is correct. I await your reply.
Thank you.

                      Respectfully submitted,

                      Jerome Smith #19145-018
                      Allenwood Federal Prison Camp
                      Dorm C
                      P.O. Box 1000
                      Montgomery, Pa 17752



U.S. Department of Justice

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

---

P.O. Box 1500

White Deer, PA 17887

DATE: July 16, 2001

REPLY TO
ATTN OF:   Consolidated Legal Center - Allenwood

SUBJECT:   Court Filing Fee

TO:   Inmate SMITH, Jerome
   Register No. 19145-018

Enclosed is a copy of a court order directing payment of your filing fee pursuant to 28 U.S.C. § 1915 involving a civil action you recently filed. To implement the order, you are hereby instructed to sign the attached Form 24, <u>Request for Withdrawal of Inmate Personal Funds</u>. The form is addressed to the Court for payment of your filing fee of $105.00. The order directs the procedures for payment of the filing fee.

It is your responsibility to ensure payment of the filing fee. If you refuse to sign the attached Form 24, your case may be dismissed. Furthermore, certain courts have directed us to withhold funds even if you refuse to sign the required form. See <u>Newlin v. Helman</u>, 123 F.3d 429 (7th Cir. 1997).

Any questions or concerns can be brought to the attention of your Unit Team who attends mainline at your institution.

*Jerome Smith*
Inmate's Signature

Witnessed this 18th day of July, 2001.

*Correctional Counselor*
Staff Witness/Position