AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Jerome Smith
    Plaintiff

V.

United States of America
    Defendant

Case No: 1:01-CV-1026
Judge Sylvia H. Rambo



FILED
JAN 0 3 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendant, United States of America, and against the Plaintiff, Jerome Smith.

Date: January 3, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk

Certified from the record
Date  01-03-02
Mary E. D'Andrea, Clerk
Per _____
    Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *
```

Re:   1:01-cv-01026     Smith v. USA

True and correct copies of the attached were mailed by the clerk to the following:

```
    Jerome Smith
    Federal Prison Camp at Allenwood
    19145-018
    P.O. Box 1000
    Montgomery, PA  17752

    Mark E. Morrison, Esq.
    Office of the United States Attorney
    Harrisburg, PA  17108-1754
```

```
cc:
Judge                       (X )          ( ) Pro Se Law Clerk
Magistrate Judge            (X )          ( ) INS
U.S. Marshal                (  )          ( ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (X )
Other_____ (  )
```

MARY E. D'ANDREA, Clerk

DATE: January 3rd, 2002                    BY: _____
                                                    Deputy Clerk